# U.S. District Court
## Northern District of Iowa (Central Division)
## CRIMINAL DOCKET FOR CASE #: 3:12−cr−03011−LRR All Defendants
### *Internal Use Only*

Case title: USA v. Goodale

Date Filed: 03/07/2012
Date Terminated: 12/07/2012

---

**Interested Party**

**US Probation**

represented by **uspNotify**
Email: pocrecm@ianp.uscourts.gov
*ATTORNEY TO BE NOTICED*

---

Assigned to: Chief Judge Linda R Reade
Referred to: Magistrate Judge Jon S Scoles

**Defendant (1)**

**Michael Goodale**
*TERMINATED: 12/07/2012*

represented by **Mark R Brown**
211 − 3rd Avenue, SW
ECF
Cedar Rapids, IA 52404
319 862 2519
Fax: 862 2529
Email: attybrown@aol.com
*TERMINATED: 12/10/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| | Life imprisonment. This term of imprisonment consists of a life term imposed on each of Counts 1, 3 and 4 and a 120 month term imposed on Count 5 of the Indictment, to be served concurrently. 10 years supervised release consisting of a 10 year term imposed on each of Counts 1, 3, 4 and 5 of the Indictment, to be served concurrently. $400.00 assessment. $253.24 restitution. |
| 18:2241(c) AGGRAVATED SEXUAL ABUSE (1) | |
| 18:2423(a) COERCION OR ENTICEMENT OF MINOR (3) | Life imprisonment. This term of imprisonment consists of a life term imposed on each of Counts 1, 3 and 4 and a 120 month term imposed on Count 5 of the Indictment, to be |

| | |
|---|---|
| | served concurrently. 10 years supervised release consisting of a 10 year term imposed on each of Counts 1, 3, 4 and 5 of the Indictment, to be served concurrently. $400.00 assessment. $253.24 restitution. |
| 18:2423(a) COERCION OR ENTICEMENT OF MINOR (4) | Life imprisonment. This term of imprisonment consists of a life term imposed on each of Counts 1, 3 and 4 and a 120 month term imposed on Count 5 of the Indictment, to be served concurrently. 10 years supervised release consisting of a 10 year term imposed on each of Counts 1, 3, 4 and 5 of the Indictment, to be served concurrently. $400.00 assessment. $253.24 restitution. |
| 18:2252A(a)(5)(B) and 2252A(b)(2) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO (5) | Life imprisonment. This term of imprisonment consists of a life term imposed on each of Counts 1, 3 and 4 and a 120 month term imposed on Count 5 of the Indictment, to be served concurrently. 10 years supervised release consisting of a 10 year term imposed on each of Counts 1, 3, 4 and 5 of the Indictment, to be served concurrently. $400.00 assessment. $253.24 restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2241(c) AGGRAVATED SEXUAL ABUSE (2) | Directed out per Order at docket #88 on 9/24/2012. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Mark A Tremmel** |
|---|---|---|
| | | US Attorney's Office |
| | | 111 7th Avenue SE |
| | | Box 1 |
| | | **ECF |
| | | Cedar Rapids, IA 52401 |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/07/2012 | | | Judge update in case as to Michael Goodale. Chief Judge Linda R Reade and Magistrate Judge Jon S Scoles added. Conflicts checked for parties and AUSA Tremmel, none found. (skm) (Entered: 03/07/2012) |
| 03/07/2012 | 2 | | INDICTMENT as to Michael Goodale, Counts 1–2, 3–4, 5. (Attachments: # 1 Unredacted Indictment) (USA, USM, USP) (skm) (Entered: 03/07/2012) |
| 03/07/2012 | 3 | | *SEALED* Arrest Warrant Issued in case as to Defendant Michael Goodale (USA, USM, USP). (skm) (Entered: 03/07/2012) |
| 03/07/2012 | 4 | | NOTICE of Attorney Appearance: Mark R Brown appearing for Defendant Michael Goodale *Formal Appearance Of Counsel* (Brown, Mark) (Entered: 03/07/2012) |
| 03/09/2012 | 5 | | NOTICE of Hearing as to Defendant Michael Goodale: Initial Appearance and Arraignment set for 3/9/2012 at 2:00 PM in 4200 C Street SW, Building B, Courtroom 2 before Magistrate Judge Jon S Scoles. Signed by Clerk on 3/9/2012. (USA, USM, USP, Attorney Brown notified via e–mail) (pac) (Entered: 03/09/2012) |
| 03/09/2012 | 6 | | Arrest Warrant Returned Executed on 3/9/2012 in case as to Defendant Michael Goodale. (pac) (Entered: 03/09/2012) |
| 03/09/2012 | 7 | | MINUTE Entry for proceedings held before Magistrate Judge Jon S Scoles: Initial Appearance and Arraignment as to Defendant Michael Goodale (1) Count 1–2, 3–4, 5 held on 3/9/2012. Attorney Mark Brown for defendant, and defendant pled not guilty to Counts 1–5 of the Indictment. Defendant detained. (Court Reporter FTR Gold) (pac) (Entered: 03/09/2012) |
| 03/09/2012 | 8 | | STIPULATED Discovery Order as to Defendant Michael Goodale. Signed by Magistrate Judge Jon S Scoles on 3/9/2012. (pac) (Entered: 03/09/2012) |
| 03/09/2012 | 9 | | TRIAL Management Order as to Defendant Michael Goodale. Jury Trial set for 5/7/2012 at 9:00 AM in 4200 C Street SW, Building B, Courtroom 1 before Chief Judge Linda R Reade. Final Pretrial Conference set for 5/7/2012 at 8:30 AM in 4200 C Street SW, Building B, Courtroom 1 before Chief Judge Linda R Reade. Jury Instructions due by 4/27/2012. Motions due by 4/6/2012. Status Conference set for 4/11/2012 at 12:00 PM in 4200 C Street SW, Building B, Courtroom 2 before Magistrate Judge Jon S Scoles. Trial Related Motions due by 4/23/2012. Signed by Magistrate Judge Jon S Scoles on 3/9/2012. (pac) (Entered: 03/09/2012) |
| 03/09/2012 | 10 | | ORDER of Temporary Detention as to Defendant Michael Goodale: Detention Hearing set for 3/13/2012 at 11:00 AM in 4200 C Street SW, Building B, Courtroom 2 before Magistrate Judge Jon S Scoles. Signed by Magistrate Judge Jon S Scoles on 3/9/2012. (pac) (Entered: 03/09/2012) |
| 03/12/2012 | 11 | | NOTICE *Memo–Filed by Def. Via Detention Hearing* by Defendant Michael |

| | | | |
|---|---|---|---|
| | | | Goodale (Brown, Mark) (Entered: 03/12/2012) |
| 03/13/2012 | 12 | | MINUTE Entry for proceedings held before Magistrate Judge Jon S Scoles: Detention Hearing as to Defendant Michael Goodale held on 3/13/2012. Defendant remains detained. Order to follow. (Court Reporter Patrice Murray) (pac) (Entered: 03/13/2012) |
| 03/13/2012 | 13 | | ORDER for Pretrial Detention as to Defendant Michael Goodale. Signed by Magistrate Judge Jon S Scoles on 3/13/2012. (skm) (Entered: 03/13/2012) |
| 03/26/2012 | 17 | | ORDER Setting Hearing on 16 MOTION to Suppress *seizure−computer−verbal statement* as to Defendant Michael Goodale: Motion Hearing set for 4/3/2012 at 1:30 PM in 4200 C Street SW, Building B, Courtroom 2 before Magistrate Judge Jon S Scoles. Government's resistance due by 4/2/2012. Signed by Magistrate Judge Jon S Scoles on 3/26/2012. (pac) (Entered: 03/26/2012) |
| 03/26/2012 | 18 | | MOTION to Seal Document *request−seal 3−prior filed motions−not resisted* by Michael Goodale. (Attachments: # 1 Supplement) (Brown, Mark) (Entered: 03/26/2012) |
| 03/26/2012 | 19 | | ORDER granting 18 Motion to Seal Documents as to Michael Goodale. The Clerk of Court shall seal the motions in limine (docket numbers 14 and 15 ) and the motion to suppress (docket number 16 ) previously filed in this matter. Signed by Magistrate Judge Jon S Scoles on 3/26/2012. (skm) (Entered: 03/26/2012) |
| 04/01/2012 | 20 | | MOTION to Amend 16 Sealed Motion to Suppress Statement and Lap Top Computer by Michael Goodale. (Attachments: # 1 Supplement) (Brown, Mark) Modified text on 4/2/2012 (skm). (Entered: 04/01/2012) |
| 04/03/2012 | 23 | | MINUTE Entry with Witness/Exhibit List for proceedings held before Magistrate Judge Jon S Scoles: Motion Hearing as to Defendant Michael Goodale held on 4/3/2012 re 16 MOTION to Suppress *seizure−computer−verbal statement* filed by Michael Goodale, 20 MOTION to Amend 16 Motion to Suppress filed by Michael Goodale. 20 Motion to Amend granted. No order to follow. 16 Motion to Suppress taken under advisement. Report and recommendation to follow. (Government's Exhibit 1 uploaded to storage device; Government's Exhibit 2−6 previously filed at 22 ) (Court Reporter Angela Maddux) (pac) (Entered: 04/03/2012) |
| 04/03/2012 | | | Motion Taken Under Advisement as to Defendant Michael Goodale re 16 MOTION to Suppress *seizure−computer−verbal statement* (pac) (Entered: 04/03/2012) |
| 04/09/2012 | 26 | | MOTION to Continue Trial *unresisted motion* by Michael Goodale. (Brown, Mark) (Entered: 04/09/2012) |
| 04/09/2012 | 27 | | ORDER to Continue – Ends of Justice granting 26 Unresisted Motion to Continue Trial as to Defendant Michael Goodale. Time excluded from 04/09/2012 until 06/11/2012. Jury Trial reset for 6/11/2012 09:00 AM in 4200 C Street SW, Building B, Courtroom 1 before Chief Judge Linda R Reade. Final Pretrial Conference reset for 6/11/2012 08:30 AM in 4200 C Street SW, Building B, Courtroom 1 before Chief Judge Linda R Reade. Jury Instructions due by 6/1/2012. Trial Related Motions due by 5/28/2012. Status |

| | | | |
|---|---|---|---|
| | | | Conference reset for 5/16/2012 12:00 PM in 4200 C Street SW, Building B, Courtroom 2 before Magistrate Judge Jon S Scoles. Signed by Magistrate Judge Jon S Scoles on 4/9/2012. (skm) (Entered: 04/09/2012) |
| 04/19/2012 | 28 | | REPORT AND RECOMMENDATION as to Michael Goodale recommending that 16 MOTION to Suppress *seizure−computer−verbal statement* filed by Michael Goodale as amended at 20 MOTION to Amend *re: prior filed mot−suppress−no object−government* filed by Michael Goodale be denied. Objections to RRdue by 5/3/2012. Signed by Magistrate Judge Jon S Scoles on 4/19/2012. (pac) Modified text on 4/19/2012 (pac). (Entered: 04/19/2012) |
| 04/27/2012 | 29 | | NOTICE of Filing of Official Transcript of Motion to Suppress Proceedings as to Defendant Michael Goodale held on 4/3/2012, before Magistrate Judge Jon S Scoles. Court Reporter Angela Maddux, Telephone number (319) 610−9513. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/18/2012. Redacted Transcript Deadline set for 5/29/2012. Release of Transcript Restriction set for 7/26/2012. (pac) (Additional attachment(s) added on 6/19/2012: # 1 Redacted Transcript) (pac). (Entered: 04/27/2012) |
| 04/27/2012 | 30 | | NOTICE of Filing of Electronic Transcript: Administrative Order attached: Please read for instructions for actions parties/counsel may be required to take re 29 Motion to Suppress Transcript. (pac) (Entered: 04/27/2012) |
| 04/27/2012 | 31 | | OBJECTION to Report and Recommendation 28 by Michael Goodale (Brown, Mark) (Entered: 04/27/2012) |
| 05/02/2012 | 32 | | TRANSCRIPT Redaction Request in case as to Michael Goodale re 29 Transcript filed by attorney Mark A Tremmel (Tremmel, Mark) (Entered: 05/02/2012) |
| 05/02/2012 | 33 | | TRANSCRIPT Redaction Request in case as to Michael Goodale re 29 Transcript filed by attorney Mark R Brown (Brown, Mark) (Entered: 05/02/2012) |
| 05/14/2012 | 34 | | NOTICE *of Intent to Offer Evidence Pursuant to Federal Rule of Evidence 807* by USA as to Defendant Michael Goodale (Tremmel, Mark) (Entered: 05/14/2012) |
| 05/16/2012 | 35 | | MINUTE Entry for proceedings held before Magistrate Judge Jon S Scoles: Status Conference as to Defendant Michael Goodale held on 5/16/2012. (Court Reporter FTR Gold) (pac) (Entered: 05/16/2012) |
| 05/17/2012 | 36 | | NOTICE of Receipt for Exhibit as to Defendant Michael Goodale: Exhibit marked as PLF Exhibit 1 was released to USA. Exhibit must be kept in their original form until termination of any appeal in this matter as stated in LR 57.3(c). (pac) (Entered: 05/17/2012) |
| 05/21/2012 | 37 | | NOTICE *Pursuant to Federal Rules of Evidence 413, 414 and 404(b)* by USA as to Defendant Michael Goodale (Tremmel, Mark) (Entered: 05/21/2012) |
| 05/24/2012 | 38 | | |

| | | | |
|---|---|---|---|
| | | | TRIAL Scheduling Order as to Defendant Michael Goodale: Final Attorneys/Defendant Meeting set for 6/19/2012 at 4:15 PM in 4200 C Street SW, Building B, Courtroom 1 before Chief Judge Linda R Reade. Pretrial Conference set for 7/2/2012 at 8:30 AM in 4200 C Street SW, Building B, Courtroom 2 before Magistrate Judge Jon S Scoles. Jury Selection set for 7/2/2012 at 9:00 AM in 4200 C Street SW, Building B, Courtroom 1 before Magistrate Judge Jon S Scoles. Jury Trial set for 7/2/2012 at 1:00 PM in 4200 C Street SW, Building B, Courtroom 1 before Chief Judge Linda R Reade. Signed by Chief Judge Linda R Reade on 5/24/2012. (pac) Modified text on 5/24/2012 (pac). (Entered: 05/24/2012) |
| 05/25/2012 | 39 | | *SEALED* MOTION in Limine *6th Amendment Issue−Inmate Witnesses* by Michael Goodale. (Attachments: # 1 Brief) (Brown, Mark) Sealed on 5/25/2012 per 42 Order (pac). (Entered: 05/25/2012) |
| 05/25/2012 | 40 | | MOTION to Seal Document *docket # 39 &39−1* by Michael Goodale. (Attachments: # 1 Text of Proposed Order) (Brown, Mark) (Entered: 05/25/2012) |
| 05/25/2012 | 41 | | MOTION to Dismiss *counts 1 &2.* by Michael Goodale. (Attachments: # 1 Brief) (Brown, Mark) Modified on 6/5/2012 for corrected motion text. (JK). (Entered: 05/25/2012) |
| 05/25/2012 | 42 | | ORDER granting 40 Motion to Seal Document *Docket 39 and 39−1* as to Michael Goodale (1). The Clerk of Court shall cause Defendant's Motion in Limine and Brief to be sealed. Signed by Magistrate Judge Jon S Scoles on 5/25/2012. (pac) (Entered: 05/25/2012) |
| 05/31/2012 | 43 | | ORDER Adopting 28 Report and Recommendation as to Defendant Michael Goodale. 31 Objections are overruled. 16 Motion to Suppress is denied. Signed by Chief Judge Linda R Reade on 5/31/2012. (pac) (Entered: 05/31/2012) |
| 06/04/2012 | 44 | | RESISTANCE by USA as to Defendant Michael Goodale re 41 MOTION to Dismiss *counts 1 &2.* (Attachments: # 1 Brief In Support of Government's Resistance to Defendant's Motion to Dismiss Counts 1 and 2) (Tremmel, Mark) Modified on 6/5/2012 to correct motion text. (JK). (Entered: 06/04/2012) |
| 06/04/2012 | 45 | | RESISTANCE to Defendant's 39 Motion in Limine (Inmate Witnesses) by USA as to Defendant Michael Goodale. (Attachments: # 1 Brief In Support of Government's Resistance To Defendant's Motion in Limine (Inmate Witnesses)) (Tremmel, Mark) Modified text on 6/4/2012 (pac). (Entered: 06/04/2012) |
| 06/11/2012 | 46 | | NOTICE *Pursuant to Federal Rule of Evidence 413* by USA as to Defendant Michael Goodale (Tremmel, Mark) (Entered: 06/11/2012) |
| 06/12/2012 | 47 | | MOTION to Seal Document *Government's Motion in Limine* by USA as to Michael Goodale. (Tremmel, Mark) (Entered: 06/12/2012) |
| 06/12/2012 | 48 | | ORDER granting 47 Motion for Leave to Seal Motion in Limine by USA as to Michael Goodale (1). Signed by Magistrate Judge Jon S Scoles on 6/12/12. (ksy) (Entered: 06/12/2012) |
| 06/13/2012 | 50 | | |

| | | | |
|---|---|---|---|
| | | | *SEALED* SEALED Order as to Defendant Michael Goodale. Motion Hearing set for 6/21/2012 1:00 PM in 4200 C Street SW, Building B, Courtroom 1 before Chief Judge Linda R Reade. The parties should be prepared to present any evidence they wish the court to consider. Signed by Chief Judge Linda R Reade on 6/13/12. (Copy to USA, USP and Def via email) (ksy) (Additional attachment(s) added on 6/14/2012: # 1 Return Receipts) (ksy). (Entered: 06/13/2012) |
| 06/13/2012 | 51 | | ORDER denying without prejudice 41 Motion to Dismiss Counts 1 and 2 as to Michael Goodale (1). Signed by Chief Judge Linda R Reade on 6/13/12. (ksy) (Entered: 06/13/2012) |
| 06/18/2012 | 52 | | RESPONSE by Defendant Michael Goodale *To Gov. 413 Notice* (Attachments: # 1 Brief) (Brown, Mark) (Entered: 06/18/2012) |
| 06/18/2012 | 53 | | *SEALED* Order as to Defendant Michael Goodale. The court reserves ruling in part and denies in part 14 Motion in Limine. 15 Motion in Limine denied. 21 Motion in Limine denied. Signed by Chief Judge Linda R Reade on 6/18/2012. (E−mailed to AUSA/Attorney Brown) (pac) (Additional attachment(s) added on 6/18/2012: # 1 Confirmation Receipt from AUSA) (pac). (Additional attachment(s) added on 6/18/2012: # 2 Confirmation Receipt from Attorney Brown) (pac). (Entered: 06/18/2012) |
| 06/19/2012 | 55 | | NOTICE *legal asst. at defense table−trial* by Defendant Michael Goodale (Brown, Mark) Modified on 6/20/2012 to correct docket text (JK). (Entered: 06/19/2012) |
| 06/20/2012 | 56 | | CONSENT to Jury Selection before a US Magistrate Judge by USA, Michael Goodale as to Defendant Michael Goodale. Approved by Chief Judge Linda R Reade on 6/19/2012. (pac) (Entered: 06/20/2012) |
| 06/20/2012 | 57 | | MINUTE Entry for proceedings held before Chief Judge Linda R Reade: Final Pretrial Conference as to Defendant Michael Goodale held on 6/19/2012. (Court Reporter Patrice Murray) (pac) (Entered: 06/20/2012) |
| 06/21/2012 | 59 | | *SEALED* SEALED Order granting 49 Government's Motion in Limine as to Defendant Michael Goodale. The parties must not directly or indirectly refer to or elicit answers from witnesses on the prohibited subjects. Each party is charged with the responsibility of cautioning its witnesses as to the substance of this Order. If during the presentation of evidence a party believes that a prohibitedsubject has become relevant, the party may request an opportunity to arguerelevance outside the presence of the jury. Signed by Chief Judge Linda R Reade on 6/21/12. (USA, USP and Atty Brown via email) (ksy) (Additional attachment(s) added on 6/21/2012: # 1 Return Receipts) (ksy). (Entered: 06/21/2012) |
| 06/22/2012 | 60 | | Proposed Jury Instructions by USA, as to Defendant Michael Goodale (Tremmel, Mark) Modified on 6/25/2012 (JK) to correct text. (Entered: 06/22/2012) |
| 06/22/2012 | 61 | | Objection to Jury Instructions 60 (Brown, Mark) Modified on 6/25/2012 (JK) to correct docket text. (Entered: 06/22/2012) |
| 06/22/2012 | 62 | | Objection to Jury Instructions by USA re 60 Proposed Jury Instructions *Government's Memorandum in Support of its Proposed Jury Instructions and* |

| | | | |
|---|---|---|---|
| | | | *Objections to Defendant's Proposed Jury Instructions* (Tremmel, Mark) (Entered: 06/22/2012) |
| 06/25/2012 | 63 | | TRIAL BRIEF/MEMORANDUM by Defendant Michael Goodale (Brown, Mark) (Entered: 06/25/2012) |
| 06/29/2012 | 66 | | MOTION to Seal Document *Unresisted. Request to seal entry #65* by Michael Goodale. (Brown, Mark) (Entered: 06/29/2012) |
| 07/02/2012 | 67 | | ORDER granting 66 Motion to Seal Document as to Michael Goodale (1). Signed by Magistrate Judge Jon S Scoles on 7/2/2012. (Stigler, Karo) (Entered: 07/02/2012) |
| 07/02/2012 | 68 | | MINUTE Entry for proceedings held before Magistrate Judge Jon S Scoles: Pretrial Conference, Jury Selection, and Voir Dire held on 7/2/2012 as to Michael Goodale. (Court Reporter Angela Maddux) (pac) (Entered: 07/02/2012) |
| 07/02/2012 | 69 | | Peremptory Challenges as to Defendant Michael Goodale. (E−mailed to trial counsel) (pac) (Entered: 07/02/2012) |
| 07/03/2012 | 70 | | MINUTE Entry for proceedings held before Chief Judge Linda R Reade: Jury Trial (Day 1) as to Defendant Michael Goodale held on 7/2/2012. Trial continued. (Court Reporter Kay Carr) (pac) (Entered: 07/03/2012) |
| 07/03/2012 | 71 | | MINUTE Entry for proceedings held before Chief Judge Linda R Reade: Jury Trial (Day 2) as to Defendant Michael Goodale held on 7/3/2012. Trial continued. (Court Reporter Kay Carr) (pac) (Entered: 07/03/2012) |
| 07/03/2012 | 72 | | NOTICE of Receipt for Exhibits as to Defendant Michael Goodale: Exhibits marked as Government's Exhibit 38 − 47 were released to Craig Tomlinson. Exhibits must be kept in their original form until termination of any appeal in this matter as stated in LR 57.3(c). (pac) (Entered: 07/03/2012) |
| 07/05/2012 | 73 | | MINUTE Entry with Witness/Exhibit List for proceedings held before Chief Judge Linda R Reade: Jury Trial (Day 3) as to Defendant Michael Goodale held on 7/5/2012. Jury found Defendant guilty on Counts 1 − 5 of the Indictment. Defendant detained. Trial concluded. (Court Reporter Kay Carr and Patrice Murray) (pac) (Additional attachment(s) added on 7/5/2012: # 1 Government's Ex 1 (on MSD), # 2 Government's Ex 2 (on MSD), # 3 Government's Ex 3 (on MSD)) (pac). (Additional attachment(s) added on 7/10/2012: # 4 Government Ex 4, # 5 Government Ex 5, # 6 Government Ex 6, # 7 Government Ex 7, # 8 Government Ex 8, # 9 Government Ex 9, # 10 Government Ex 10, # 11 Government Ex 11, # 12 Government Ex 12, # 13 Government Ex 13, # 14 Government Ex 14, # 15 Government Ex 15, # 16 Government Ex 16, # 17 Government Ex 17, # 18 Government Ex 18, # 19 Government Ex 19, # 20 Government Ex 20, # 21 Government Ex 21, # 22 Government Ex 22, # 23 Government Ex 23, # 24 Government Ex 24, # 25 Government Ex 25, # 26 Government Ex 26, # 27 Government Ex 27, # 28 Government Ex 28, # 29 Government Ex 29, # 30 Government Ex 30, # 31 Government Ex 31, # 32 Government Ex 32, # 33 Government Ex 33, # 34 Government Ex 34, # 36 Government Ex 35, # 37 Government Ex 36, # 38 Government Ex 37, # 39 Sealed Government Ex 38, # 40 Sealed Government Ex 39, # 41 Sealed Government Ex 40, # 42 Sealed Government Ex 41, # 43 Sealed Government Ex 42, # 44 Sealed Government Ex 43, # 45 Sealed |

| | | | |
|---|---|---|---|
| | | | Government Ex 44, # 46 Sealed Government Ex 45, # 47 Sealed Government Ex 46, # 48 Sealed Government Ex 47, # 49 Sealed Government Ex 48) (pac). (Entered: 07/05/2012) |
| 07/05/2012 | 74 | | NOTICE of Receipt for Exhibits as to Defendant Michael Goodale: Exhibits marked as Government's Exhibit 38 – 47 were released to USA. Exhibits must be kept in their original form until termination of any appeal in this matter as stated in LR 57.3(c). (pac) (Entered: 07/05/2012) |
| 07/05/2012 | 75 | | Jury Question with Answer of the Court to Jury Question as to Defendant Michael Goodale. Signed by Chief Judge Linda R Reade. (pac) (Entered: 07/05/2012) |
| 07/05/2012 | 76 | | JURY VERDICT as to Defendant Michael Goodale (1): Guilty on Count 1–2, 3–4, 5. (Attachments: # 1 Jury Note) (pac) (Additional attachment(s) added on 7/5/2012: # 2 Unredacted Jury Verdict, # 3 Unredacted Jury Note) (pac). (Entered: 07/05/2012) |
| 07/05/2012 | 77 | | ORDER accepting 76 Jury Verdict as to Defendant Michael Goodale. Defendant is adjudicated guilty of Counts 1, 2, 3, 4, and 5 of the Indictment. Signed by Chief Judge Linda R Reade on 7/5/2012. (pac) (Entered: 07/05/2012) |
| 07/05/2012 | 78 | | Preliminary Jury Instructions as to Defendant Michael Goodale. Signed by Chief Judge Linda R Reade on 7/2/2012. (pac) (Entered: 07/05/2012) |
| 07/05/2012 | 79 | | Final Jury Instructions as to Defendant Michael Goodale. Signed by Chief Judge Linda R Reade on 7/5/2012. (pac) (Entered: 07/05/2012) |
| 07/09/2012 | 80 | | Motion to Withdraw as Attorney by Defendant Michael Goodale (Attachments: # 1 Supplement) (Brown, Mark) Modified on 7/10/2012 to select correct motion event(JK). (Entered: 07/09/2012) |
| 07/12/2012 | 81 | | ORDER denying 80 Motion to Withdraw as Attorney as to Michael Goodale (1). Signed by Chief Magistrate Judge Jon S Scoles on 7/12/2012. (Stigler, Karo) (Entered: 07/12/2012) |
| 07/17/2012 | 82 | | MOTION for New Trial *And –Memo* by Michael Goodale. (Attachments: # 1 Brief) (Brown, Mark) Modified on 7/18/2012 to correct docket text. (JK) (Entered: 07/17/2012) |
| 07/19/2012 | 83 | | SEALED Offense Conduct Statement as to Defendant Michael Goodale (Tremmel, Mark) Modified on 7/20/2012 (JK). (Entered: 07/19/2012) |
| 07/27/2012 | 84 | | RESISTANCE by USA as to Defendant Michael Goodale re 82 MOTION for New Trial *Motion–New Trial–And –Memo* (Attachments: # 1 Brief) (Tremmel, Mark) (Entered: 07/27/2012) |
| 08/30/2012 | 85 | | SEALED **Draft** Presentence Investigation Report by USA, US Probation, Michael Goodale as to Defendant Michael Goodale (Attachments: # 1 Instructions for Objecting) (Cannon, Mary) (Entered: 08/30/2012) |
| 09/10/2012 | 86 | | SEALED Objection to Presentence Investigation Report By Defendant as to Michael Goodale 85 (Brown, Mark) (Entered: 09/10/2012) |
| 09/13/2012 | 87 | | SEALED Objection to Presentence Investigation Report By Plaintiff as to Michael Goodale 85 (Tremmel, Mark) (Entered: 09/13/2012) |

| 09/24/2012 | 88 | | ORDER granting in part and denying in part 82 MOTION for New Trial filed by Michael Goodale. Count 2 of the Indictment is directed out. In the event that the Eighth Circuit Court of Appeals reverses the court's ruling as to Count 2, the court grants Defendant's Motion for New Trial as to that count pursuant to Federal Rule of Criminal Procedure 29(d). Signed by Chief Judge Linda R Reade on 9/24/2012. (pac) Modified text on 9/24/2012 (pac). (Entered: 09/24/2012) |
| --- | --- | --- | --- |
| 10/11/2012 | 89 | | SEALED Presentence Investigation Report *Final* by USA, US Probation, Michael Goodale as to Defendant Michael Goodale (Attachments: # 1 Sentencing Worksheet) (Cannon, Mary) (Entered: 10/11/2012) |
| 10/16/2012 | 90 | | ORDER SETTING HEARING as to Defendant Michael Goodale. Sentencing set for 12/6/2012 at 03:00 PM, 111 7th Avenue SE Courtroom 1, 2nd Floor before Chief Judge Linda R Reade. Signed by Chief Judge Linda R Reade on 10/16/2012. (dll) (Entered: 10/16/2012) |
| 11/13/2012 | 91 | | NOTICE *def. 09−sent−letters.* by Defendant Michael Goodale (Attachments: # 1 Supplement) (Brown, Mark) (Attachment 1 replaced on 11/13/2012 to attach the correct documents) (pac). (Entered: 11/13/2012) |
| 11/13/2012 | 92 | | SENTENCING Memorandum by Defendant Michael Goodale (Brown, Mark) (Entered: 11/13/2012) |
| 11/13/2012 | 93 | | SUPPLEMENT to 92 Sentencing Memorandum by Defendant Michael Goodale (Brown, Mark) Modified on 11/14/2012 to correct text (JK). (Entered: 11/13/2012) |
| 11/15/2012 | 94 | | SUPPLEMENT to 92 Sentencing Memorandum by Defendant Michael Goodale (Brown, Mark) Modified on 11/16/2012 to correct docket text (JK). (Entered: 11/15/2012) |
| 11/16/2012 | 95 | | SUPPLEMENT to 92 Sentencing Memorandum by Defendant Michael Goodale (Brown, Mark) Modified on 11/16/2012 to correct docket text (JK). (Entered: 11/16/2012) |
| 11/21/2012 | 96 | | SEALED Sentencing Memorandum By Plaintiff *and Resistance to Motion for Variance* as to Defendant Michael Goodale (Tremmel, Mark) (Entered: 11/21/2012) |
| 11/28/2012 | 97 | | TEXT ONLY ORDER RESETTING HEARING LOCATION as to Defendant Michael Goodale. Sentencing RESET for 12/6/2012 at 03:00 PM, 111 7th Avenue SE, Courtroom 2, 2nd Floor before Chief Judge Linda R Reade. Signed by Chief Judge Linda R Reade on 11/28/2012. (dll) (Entered: 11/28/2012) |
| 12/05/2012 | 98 | | NOTICE *of Counsel's intent to renew motion to withdraw* by Defendant Michael Goodale (Brown, Mark) Modified on 12/6/2012 to correct docket text (JK). (Entered: 12/05/2012) |
| 12/06/2012 | 99 | | MINUTE Entry w/ Witness and Exhibit List for proceedings held before Chief Judge Linda R Reade: Sentencing held on 12/6/2012 as to Defendant Michael Goodale. Defendant detained. (Defendant's Hearing Exhibit A filed at 91 .) (Court Reporter Patrice Murray.) (Attachments: # 1 Witness and Exhibit List) (Snider, Erin) (Entered: 12/06/2012) |

| 12/07/2012 | 100 | 12 | JUDGMENT as to Defendant Michael Goodale, Counts 1, 3, 4 and 5: Life imprisonment. This term of imprisonment consists of a life term imposed on each of Counts 1, 3 and 4 and a 120 month term imposed on Count 5 of the Indictment, to be served concurrently. 10 years supervised release consisting of a 10 year term imposed on each of Counts 1, 3, 4 and 5 of the Indictment, to be served concurrently. $400.00 assessment. $253.24 restitution. Signed by Chief Judge Linda R Reade on 12/07/2012. (skm) (Entered: 12/07/2012) |
| 12/07/2012 | 101 | | SEALED Statement of Reasons by USA, US Probation, Michael Goodale as to Defendant Michael Goodale. (skm) (Entered: 12/07/2012) |
| 12/10/2012 | 102 | | MOTION to Withdraw as Attorney by Mark R. Brown by Michael Goodale. (Brown, Mark) (Entered: 12/10/2012) |
| 12/10/2012 | 103 | 19 | NOTICE of Appeal by Defendant Michael Goodale re 100 Judgment. (Brown, Mark) Modified on 12/11/2012 to add link.(JK). (Entered: 12/10/2012) |
| 12/10/2012 | 104 | 21 | ORDER granting 102 Motion to Withdraw as Attorney. Mark R Brown withdrawn from case as to Michael Goodale. Order sent to 8th Circuit with NOA. Signed by Chief Magistrate Judge Jon S Scoles on 12/10/2012. (JK) (Entered: 12/10/2012) |
| 12/12/2012 | 105 | 22 | NOA Supplement and Transmission of Notice of Appeal as to Defendant Michael Goodale to US Court of Appeals re 103 Notice of Appeal – Final Judgment. Case Number due by 12/17/2012. (des) (Entered: 12/12/2012) |

AO 245B    (Rev. 11/11) Judgment in a Criminal Case
Sheet 1

# United States District Court

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>**MICHAEL GOODALE** | **JUDGMENT IN A CRIMINAL CASE** |

| | |
|---|---|
| Case Number: | **CR 12-3011-1-LRR** |
| USM Number: | **12002-029** |

**Mark R. Brown**
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

■ was found guilty on count(s)   **1, 3, 4, and 5 of the Indictment filed on March 7, 2012**
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2241(c) | **Aggravated Sexual Abuse** | 08/29/2010 | **1** |
| 18 U.S.C. § 2423(a) | **Interstate Transportation of a Minor with Intent To Engage in Criminal Sexual Activity** | **Sept. 2011** | **3** |
| 18 U.S.C. § 2423(a) | **Interstate Transportation of a Minor with Intent To Engage in Criminal Sexual Activity** | **Sept. 2011** | **4** |

**(Continued on next page)**

The defendant is sentenced as provided in pages 2 through _____7_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ **The Court directed out Count 2 in an Order filed on September 24, 2012, Document No. 88.**

☐ Counts _____ is/are dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material change in economic circumstances.

**December 6, 2012**
Date of Imposition of Judgment

Signature of Judicial Officer

**Linda R. Reade**
**Chief U.S. District Court Judge**
Name and Title of Judicial Officer

December 7 2012
Date

AO 245B   (Rev. 11/11) Judgment in a Criminal Case
Sheet 1A

| | Judgment — Page | 2 | of | 7 |
|---|---|---|---|---|

DEFENDANT:        **MICHAEL GOODALE**
CASE NUMBER:   **CR 12-3011-1-LRR**

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) | Accessing Child Pornography | Sept. 2011 | 5 |

Appellate Case: 12-3972    Page: 13    Date Filed: 12/17/2012 Entry ID: 3985543

AO 245B   (Rev. 11/11) Judgment in Criminal Case
      Sheet 2 — Imprisonment

| | Judgment — Page | 3 | of | 7 |
|---|---|---|---|---|

DEFENDANT:          **MICHAEL GOODALE**
CASE NUMBER:        **CR 12-3011-1-LRR**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   <u>**Life. This term of imprisonment consists of a life term imposed on each of Counts 1, 3, and 4, and a 120-month term imposed on Count 5 of the Indictment, to be served concurrently.**</u>

■  The court makes the following recommendations to the Bureau of Prisons:
    **That the defendant be designated to a Bureau of Prisons facility as close to the defendant's family as possible, commensurate with the defendant's security and custody classification needs.**
    **That the defendant participate in the Bureau of Prisons' Residential Sex Offender Treatment Program.**
    **That the defendant participate in a Bureau of Prisons' Vocational Training Program specializing in the culinary arts, carpentry, electrical work, HVAC, and/or welding.**

■  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  ☐ a.m.  ☐ p.m.   on  _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

    Defendant delivered on  _____  to  _____

at  _____ , with a certified copy of this judgment.

_____
                **UNITED STATES MARSHAL**

By  _____
                  **DEPUTY UNITED STATES MARSHAL**

Appellate Case: 12-3972   Page: 14   Date Filed: 12/17/2012 Entry ID: 3985543

AO 245B    (Rev. 11/11) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___4___ of ___7___

DEFENDANT:        **MICHAEL GOODALE**
CASE NUMBER:      **CR 12-3011-1-LRR**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:   **10 years. This term of supervised release consists of a 10-year term imposed on each of Counts 1, 3, 4, and 5 of the Indictment, to be served concurrently.**

  The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

  The defendant shall not commit another federal, state, or local crime.

  The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

■ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

■ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

■ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

■ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

  If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

  The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 11/11) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page __5__ of __7__

DEFENDANT:        **MICHAEL GOODALE**
CASE NUMBER:    **CR 12-3011-1-LRR**

## SPECIAL CONDITIONS OF SUPERVISION

*The defendant must comply with the following special conditions as ordered by the Court and implemented by the U.S. Probation Office:*

1)  The defendant must participate in a mental health evaluation and/or treatment program. This may include participation in a sex offender treatment program or any such similar program offered in the defendant's approved district of residence. The defendant must take all medications prescribed to the defendant by a licensed psychiatrist or physician.

2)  The defendant is prohibited from owning or having in the defendant's possession any pornographic materials. The defendant shall neither use any form of pornography or erotica nor enter any establishment where pornography or erotica can be obtained or viewed.

3)  The defendant must pay any financial penalty that is imposed by this judgment.

4)  The defendant must provide the U.S. Probation Office with access to any requested financial information.

5)  The defendant must not incur new credit charges or open additional lines of credit without the approval of the U.S. Probation Office unless the defendant is in compliance with the installment payment schedule.

6)  The defendant is prohibited from operating or using photographic equipment, a computer, or any electronic storage device to view or produce any form of pornography or child erotica.

7)  The defendant must not use the Internet to view any form of pornography or child erotica via the World Wide Web, a commercial gateway, an Internet Service Provider, Internet Relay Chat channels, or any Internet Protocol address.

8)  The defendant shall have no contact with children under the age of 18 (including through letters, communication devices, audio or visual devices, visits, electronic mail, the Internet, or any contact through a third party) without the prior written consent of the probation office. The U.S. Probation Office shall work with the defendant and the defendant's family to set up supervised communications and visits with the defendant's biological and legally adopted children.

9)  The defendant is prohibited from places where minor children under the age of 18 congregate, such as residences, parks, beaches, pools, daycare centers, playgrounds, and schools without the prior written consent of the probation office.

10) The defendant must remain in compliance with all sex offender registration and public notification requirements in accordance with the Adam Walsh Child Protection and Safety Act of 2006. The defendant must meet with an appropriate official from either the Bureau of Prisons or the U.S. Probation Office who must explain to the defendant all of the defendant's registration requirements. The defendant must read and sign the Offender Notice and Acknowledgment of Duty to Register as a Sex Offender form.

11) The defendant shall have no contact during the defendant's term of imprisonment or the defendant's term of supervision with the victims identified in the presentence report, and their family members, in person or by a third party. This includes no direct or indirect contact by telephone, mail, email, or by any other means.

12) The defendant shall submit to a search of the defendant's person, residence, adjacent structures, office or vehicle, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the residence or vehicle may be subject to searches pursuant to this condition. This condition may be invoked with or without the assistance of law enforcement, including the U.S. Marshals Service.

13) Any computer and/or electronic storage device the defendant owns or has access to shall be subject to random or periodic unannounced searches and monitoring by a United States Probation Officer. The search may include examinations of the defendant's computer(s) equipment, the retrieval and copying of all data, and any internal or external peripherals, and/or removal of such equipment for inspection. The defendant must allow the U.S. Probation Office to install any hardware or software systems to monitor or filter the defendant's computer use. Prior to installation of any such hardware or software systems, the defendant must allow the U.S. Probation Office to examine the defendant's computer and/or electronic storage device.

Upon a finding of a violation of supervision, I understand the Court may: (1) revoke supervision; (2) extend the term of supervision; and/or (3) modify the condition of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_____         _____
Defendant                                                         Date

_____         _____
U.S. Probation Officer/Designated Witness          Date

AO 245B   (Rev. 11/11) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

| | Judgment — Page | 6 | of | 7 |
|---|---|---|---|---|

DEFENDANT:   **MICHAEL GOODALE**
CASE NUMBER:   **CR 12-3011-1-LRR**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400 | $ 0 | $ 253.24 |

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

■   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **Iowa Attorney General's Office Crime Victim Compensation Program State Capitol 1015 East Grand Avenue Des Moines, IA 50319-9901** | | $253.24 | |
| **TOTALS** | $ _____ | $ 253.24 | |

☐   Restitution amount ordered pursuant to plea agreement $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

■   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

■   the interest requirement is waived for the   ☐ fine   ■ restitution.

☐   the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 11/11) Judgment in a Criminal Case
Sheet 6 — Criminal Monetary Penalties

Judgment — Page ___7___ of ___7___

DEFENDANT: **MICHAEL GOODALE**
CASE NUMBER: **CR 12-3011-1-LRR**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   ■   Lump sum payment of $ _____400_____ due immediately, balance due

     □   not later than _____ , or
     ■   in accordance with  □ C,  □ D,  □ E,  or  ■ F below; or

B   □   Payment to begin immediately (may be combined with  □ C,  □ D, or  □ F below); or

C   □   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   □   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
     term of supervision; or

E   □   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
     imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ■   Special instructions regarding the payment of criminal monetary penalties:

     **While incarcerated, the defendant shall make monthly payments in accordance with the Bureau of Prison's Financial
Responsibility Program. The amount of the monthly payments shall not exceed 50% of the funds available to the
defendant through institution or non-institution (community) resources and shall be at least $25 per quarter. If the
defendant still owes any portion of the financial obligation(s) at the time of release from imprisonment, the defendant shall
pay it as a condition of supervision and the U.S. Probation Officer shall pursue collection of the amount due, and shall
request the Court to establish a payment schedule if appropriate. The defendant shall also notify the United States
Attorney within 30 days of any change of mailing or residence address that occurs while any portion of the financial
obligation(s) remains unpaid.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

□   Joint and Several

     Defendant and Codefendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
and corresponding payee, if appropriate.

□   The defendant shall pay the cost of prosecution.

□   The defendant shall pay the following court cost(s):

□   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Appellate Case: 12-3972   Page: 18   Date Filed: 12/17/2012 Entry ID: 3985543

# UNITED STATES DISTRICT COURT

USCA8, No. _____

## for the Northern District of Iowa

### NOTICE OF APPEAL

| | | |
|---|---|---|
| United States of America | ) | 12-3011-LRR |
| | ) | **District Court Docket Number** |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | HON. LINDA R. READE |
| MICHAEL GOODALE | ) | **District Court Judge** |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that ___MICHAEL GOODALE___ appeals to the Eighth

Circuit from the: ☑ Judgment & Commitment ☐ Order ___Trial-Sentencing___ entered in this action on
(Specify) 12-06-12

The Defendant-Michael Goodale

x _____.

Seeking Court Appointed Counsel:

x _____

Signature of Defendant's Counsel

Trial Counsel-pending motion
to w/drawal. Def. is seeking
ct. apt'ed counsel-appeal.

Typed Name of Defendant's Counsel

Linn County Jail 53 3rd Ave. Bridge

( ) Filed notice for Def. to
honor 14 days-Motion to w/drawal.

Telephone Number

| | | |
|---|---|---|
| Street Address | | Room Number |
| C.R. | Iowa | 52411 |
| City | State | Zip |

Date

---

## TRANSCRIPT ORDER FORM

### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☐ Please prepare a transcript of:

☑ Pre-trial proceedings
☑ Testimony or
☑ Portions thereof
☑ Sentencing
☑ Post Trial Proceedings
☐ Other (Specify)

☐ I am not ordering a transcript because:

☐ Previously Filed
☐ Other (Specify) _____

---

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b)).

Method of payment: ☐ Funds, ☑ CJA Form 24 completed and sent to court reporter.
Will be done - Apted
Counsel

x _____  Assume Appointed -Appellate Counsel shall do so---------
Attorney's Signature _____    Date _____

Appellate Case: 12-3972   Page: 19   Date Filed: 12/17/2012 Entry ID: 3985543

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1.   Defendant's Address:  Presently, Linn County Jail, 53 3rd Ave. Bridge C.R. Iowa 52411

2.   Date of Verdict: Sent. 12-06-2012-Verdict: 7-5-12   ☑ Jury   ☐ Non-Jury

        Offenses:   Agg. Sex-Abuse-18 USC 2241(c)

                  Interstate Transportation-minor-18-USC-2423(a)

                  Acess Child Porn 18 USC- 2252A(b)(2)

3.   Trial Testimony - Number of Days 2-3          Bail Status Def. Detained,
    Sentence and Date Imposed:   Life-12-06-2012

4.   Appealing:   Sentence ☐   Conviction ☐   Both ☑

    Challenging:   ☑ Application of Sentencing Guidelines
                ☑ Constitutionality of Guidelines
                ☑ Both Application and Constitutionality

5.   Date Trial Transcript ordered by Counsel or District Court:   Shall be ordered by apt.atty

    Stenographer in Charge:   Patrice Murray

    (Name, Address, Phone)   111 7th Ave. SE C.R. Iowa 52401-2101.

6.   Trial Counsel was:   ☐ Appointed   ☑ Retained

        Does Defendant's financial status warrant appointment of counsel
        on appeal?   ☑ Yes          ☐ No

        Affidavit of Financial Status filed:   07-09-2012

        Is there any reason why trial counsel should not be appointed as
        counsel on appeal?   ☑ Yes  ☐ No M. Brown trial counsel-pending motion
        to withdrawal

7.   Assistant U.S. Attorney Name & Phone Number:   Mark Tremmel-AUSA 111-7th Ave. SE C.R. Ia. 52401.
                  U.S. Federal Court House-

# COURT REPORTER ACKNOWLEDGMENT

Date Order Received          Estimated Completion Date          Est Number of Pages

Court Reporter's Signature          Date

February 21, 2008

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL GOODALE,

    Defendant.

No. CR12-3011

ORDER REGARDING COUNSEL

This matter comes before the Court on the Motion to Withdraw as Counsel (docket number 102) filed by attorney Mark R. Brown on December 10, 2012. Noting that Defendant was sentenced on December 6, 2012, and his duties as trial counsel are now completed, Mr. Brown asks that he be permitted to withdraw. Mr. Brown also notes that Defendant has filed a Notice of Appeal (docket number 103), in which he asks that appellate counsel be appointed.

The Court concludes that Mr. Brown should be permitted to withdraw. The appointment of counsel on appeal will be addressed by the Eighth Circuit Court of Appeals.

### ORDER

IT IS THEREFORE ORDERED as follows:

1.    The Motion to Withdraw (docket number 102) filed by attorney Mark R. Brown is **GRANTED**. The appearance of Mr. Brown on Defendant's behalf is deemed **WITHDRAWN**.

2.    Defendant's request for the appointment of counsel on appeal, as contained in his Notice of Appeal (docket number 103), will be addressed by the Eighth Circuit Court of Appeals. The Clerk of Court is directed to transmit a copy of this Order to the Clerk of Court for the Eighth Circuit.

DATED this 10th day of December, 2012.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

**U. S. COURT OF APPEALS - EIGHTH CIRCUIT**
**NOA SUPPLEMENT**
## NORTHERN DISTRICT OF IOWA - SIOUX CITY, IA

**CAPTION:**                                      **CASE NO:**

USA V GOODALE                                    CR12-3011-LRR

**APPELLANT:**                                    **APPELLANT ADDRESS or ATTORNEY'S ADDRESS:**

MICHAEL GOODALE                                  Michael Goodale, Pro Se


**APPELLEE:**                                     **APPELLEE ATTORNEY ADDRESS:**

UNITED STATES OF AMERICA                          Mark Tremmel, AUSA
                                                 111 - 7th Avenue SE
                                                 Box 1
                                                 Cedar Rapids IA 52401
                                                 319-363-6333

**COURT REPORTER(S):**                            **PROCEEDING:**

Kay Carr and Patrice Murray                       Suppression Hearing 4/3/2012
4200 C Street SW                                 Motion in Limine Hearing 6/21/2012
Cedar Rapids, IA 52404                           Jury Trial 7/2/2012-7/5/2012
319-362-1543 and 319-286-2324                    Sentencing 12/6/2012

Angela Maddux
482 Fox Run Drive
N. Liberty, IA 52317
319-610-9513

**LENGTH OF TRIAL: 3 Days**     **FEE PAID? N**       **IFP FILED? N**       **IFP PENDING? N**

**CRIMINAL ATTORNEY: Mark R. Brown**                  **PENDING MOTIONS: N**

**LOCAL INTEREST? N**                                 **SIMULTANEOUS RELEASE? N**

**CRIMINAL CASES/PRISONER PRO SE CASES ONLY:**
Is Defendant incarcerated? **Yes**   If yes, where:

| in transit |
| --- |

Please list all other defendants in this case if there were multiple defendants:

|  |
| --- |

*Please return files and documents to:*            *Contact Person:*

*U.S. District Clerk - Northern District of Iowa*          */s/ des*
*320 Sixth Street, Suite 301*                          *712-233-3841*
*Sioux City, IA 51101*


**Special Comments:**   Retained Criminal Attorney Mark R. Brown has withdrawn from this case.  The appointment of counsel on appeal needs to be addressed by the Eighth Circuit Court of Appeals.